IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN KURT BAUGHMAN, | § | |
| SPN #505318, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3164 |
| | § | |
| SHERIFF ADRIAN GARCIA, *et al.*, | § | |
| Defendants. | § | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** HARRIS COUNTY SHERIFF ED GONZALEZ OR HIS DESIGNATED OFFICIAL IN CHARGE OF THE HARRIS COUNTY JAIL

**TO:** THE UNITED STATES MARSHAL, SOUTHERN DISTRICT OF TEXAS, OR ANY OTHER AUTHORIZED UNITED STATES MARSHAL

You are hereby **ORDERED** to deliver the plaintiff, **Steven Kurt Baughman (SPN #505318)**, into the custody of the United States Marshal for the Southern District of Texas at the United States Courthouse, 515 Rusk Street, Houston, Texas, 77002, for his appearance at a mediation conference held before United States Magistrate Judge Dena Palermo in Courtroom 702 on **June 13, 2017**, at **1:00 p.m**. Said inmate shall remain in the custody of the United States Marshal during hours of Court until the mediation conference in this case is concluded. At such time, the inmate will be returned to the custody of the Harris County Jail.

The Clerk shall enter this Writ of Habeas Corpus Ad Testificandum and provide a copy to all parties of record, to the Harris County Sheriff, and to the United States Marshall for the Southern District of Texas.

SIGNED at Houston, Texas, on <u>May 31</u>, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE